NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1513

INEOS FLUOR LTD., INEOS FLUOR AMERICAS, LLC
and INEOS FLUOR HOLDINGS LTD.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SINOCHEM MODERN ENVIRONMENTAL PROTECTION CHEMICALS (XI'AN) CO.
LTD., SINOCHEM ENVIRONMENTAL PROTECTION CHEMICALS (TAICANG) CO.,
LTD., SINOCHEM NINGBO LTD., and SINOCHEM (U.S.A.) INC.,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-623.

ON MOTION

Before GAJARSA, Circuit Judge.

## ORDER

Ineos Fluor Ltd. et al. move to expedite oral argument. The International Trade

Commission opposes. Sinochem Modern Environmental Protection Chemicals (Xi'an) Co.,

Ltd. et al. move without opposition for leave to intervene.

It is the court's usual practice to schedule a case for oral argument promptly after

briefing is completed and as soon as space is available on the calendar. Ineos may, of

course, self-expedite by filing its brief prior to the due date. However, Ineos has not made

a sufficient showing to justify any additional measures to expedite the proceedings, the effect of which would be to shorten the court's time to review the briefs and appendices before oral argument is held. The parties should not anticipate being granted any extensions of time to file their briefs. Once briefing is completed, the case will be placed on the next available argument calendar, which is the usual course.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to expedite is denied.

(2) The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

**SEP 1 8 2009**

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul F. Brinkman, Esq.
Paul M. Bartkowski, Esq.
Thomas J. Wimbiscus, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 8 2009

JAN HORBALY
CLERK

2009-1513                                                    2